[No. 42678-8-I.   Division One.   December 4, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY J. PRUITT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04959-4, Sharon S. Armstrong, J., entered July 6, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 44699-1-I.   Division One.   December 4, 2000.]

ROBERT J. HAMILTON, ET AL., *Appellants*, v. KING COUNTY, *Defendant*, WILLIAM C. NELSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-21576-5, Larry A. Jordan, J., entered May 3, 1999. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker, A.C.J., and Baker, J.

[No. 45385-8-I.   Division One.   December 4, 2000.]

BETTENA WASHINGTON, *Appellant*, v. THE BOEING COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-08285-2, Larry A. Jordan, J., entered September 7, 1999. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid, C.J., and Grosse, J. Now published at 105 Wn. App. 1.

[No. 45562-1-I.   Division One.   December 4, 2000.]

THE CITY OF BURIEN, ET AL., *Appellants*, v. WESTMARK DEVELOPMENT CORP., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-04813-0, Joseph A. Thibodeau, J., entered October 20, 1999. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Webster and Appelwick, JJ.